**REASOR–HILL CORPORATION, Appellant,**

v.

**UNITED STATES of America.**

No. 15408.

United States Court of Appeals
Eighth Circuit.

Sept. 17, 1955.

Talley & Owen, Little Rock, Ark., for appellant.

Osro Cobb, U. S. Atty., Little Rock, Ark., for appellee.

Appeal from District Court dismissed at the costs of appellant, on motion of appellant and approval for dismissal by counsel for respective parties.

**Everett E. HANNA, Administrator of the Estate of Pearl E. Hanna, Deceased, et al., Appellants,**

v.

**The EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.**

No. 15362.

United States Court of Appeals
Eighth Circuit.

Sept. 17, 1955.

D. C. Hutchison, T. C. Hutchison and John R. Carroll, Algona, Iowa, for appellants.

Phineas M. Henry, Ralph A. Church and Luther L. Hill, Jr., Des Moines, Iowa, for appellee.

Appeal from District Court dismissed with prejudice and at appellants' costs, on motion of appellants and consent of appellee.

**Harry R. MALMBERG, Jr., Appellant,**

v.

**Wm. H. HARDWICK, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.**

No. 15497.

United States Court of Appeals
Fifth Circuit.

Oct. 14, 1955.

Harry R. Malmberg, Jr., in pro. per.

James W. Dorsey, U. S. Atty., Harvey H. Tisinger, Asst. U. S. Atty., Atlanta, Ga., for appellee.

Before HUTCHESON, Chief Judge, and TUTTLE and BROWN, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed. Zerbst v. McPike, 5 Cir., 97 F.2d 253.

**Robert Vernon PRINCE, Appellant,**

v.

**UNITED STATES of America.**

No. 15376.

United States Court of Appeals
Eighth Circuit.

Sept. 21, 1955.

Robert Vernon Prince, pro se.

F. E. Van Alstine, U. S. Atty., Sioux City, Iowa, for appellee.

Appeal from District Court docketed and dismissed for want of prosecution, etc., on motion of appellee.